BRAD H. et al., Appellants, v CITY OF NEW YORK et al., Respondents.

Decided December 14, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of SAM CHINN, Appellant, v ONONDAGA COUNTY DISTRICT ATTORNEY'S OFFICE, Respondent.

Submitted November 1, 2010; decided December 14, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of the Liquidation of MIDLAND INSURANCE COMPANY. AMERICAN STANDARD INC. et al., Appellants, et al., Claimants; SWISS REINSURANCE AMERICA CORPORATION et al., Intervenors-Respondents, and SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK et al., Respondents.

Submitted November 1, 2010; decided December 14, 2010

Motion to strike Addendum A to appellants' brief and references thereto in the appellants' brief granted. Miscellaneous cross motion to seal Addendum A dismissed as academic.